IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GLENN T. TURNER,

    Plaintiff,                          JUDGMENT IN A CIVIL CASE

v.                                           12-cv-502-bbc

RICHARD SCHNIETER, PETER HUIBREGTSE,
BURTON COX, JR., JOLINDA WATERMAN
and MS. CAMPBELL,

    Defendants.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) dismissing Richard Schnieter, Peter Huibregste and Ms. Campbell for plaintiff's failure to state a claim upon which relief may be granted; and

(2) granting Burton Cox, Jr. and Jolinda Waterman's motion for summary judgment and dismissing this case.

| /s/ | 11/26/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |