In The United States District Court
For The Western District of Wisconsin
Case No. : 3:12-cv-502-BBC

DOC NO
RECD/FILED

2014 FEB 12 AM 10: 44

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

MR. Glenn T. Turner
               Plaintiff-Appellant.

App. No. : _____

vs.

Burton Cox Jr., Jolinda Waterman,
et al,.         Defendants-Appellees.

_____

                 Notice of APPEAL
_____

Notice is hereby given that _Glenn T. Turner_____ (plaintiff-pro
se) In the above named case, hereby appeal to the United States
Court of Appeals for the Seventh Circuit. From the final Judgm-
ent of the U.S. Dist. Ct. Entering the Order Denying and
Dismissing "Plaintiff-Appellants Motion to Alter and Amend"Its
Order and Opinion to Grant Defendants 'Summary Judgment' on
November 26, 2013" entered in this action on the _31st_ day of _Jan_,
2014. Plaintiff was Granted Leave to proceed Informa Pauperis 9/14/12

          Dated this _9th_ day of _Feb._____ 2014.

                              Respectfully Submitted By:
                              _____
cc:File                              Glenn T. Turner
                                   Pro Se Litigant

Wisc. Sec. Prog. Fac.
P.O. Box 9900
Boscobel, WI 53805